The People of the State of Illinois, Plaintiff-Appellee, v. James Edward Jenkins, Defendant-Appellant.

Gen. No. 10,697.

Fourth District.

March 28, 1966.

Burger, Geisler & Fombelle, of Decatur, for appellant; Basil Greanias, State's Attorney, of Decatur, for appellee. Opinion by JUSTICE SMITH. **Not to be published in full.**